IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  :
    v.  : Case No. 3:09-cr-42-KRG-KAP
BRIAN DAGOSTINO,  :(Case No. 3:17-cv-34-KRG-KAP)
    Movant  :

## Memorandum Order

This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on October 20, 2017, ECF no. 117, recommending that movant's motion to vacate at ECF no. 109 be denied without a certificate of appealability.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections. Plaintiff filed timely objections, ECF no. 118, that I have reviewed *de novo* but reject.

After *de novo* review of the record, the Report and Recommendation, and the timely objections thereto, the following order is entered:

AND NOW, this 28th day of March, 2018, it is

ORDERED that the motion to vacate, ECF no. 109, is denied without a certificate of appealability. The Report and Recommendation at ECF no. 117 is adopted as the opinion of the Court. The Clerk shall mark the civil matter closed.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

>   Brian K. Dagostino, Reg. No. 30873-068
>   F.C.I. Fort Dix
>   P.O. Box 2000
>   Fort Dix, NJ 08640

2